ALAMO EXPRESS, INC., ET AL. *v.* UNITED
STATES ET AL.

No. 357.   Decided October 11, 1965.

*Reagan Sayers* and *Ewell H. Muse, Jr.,* for appellants.

*Acting Solicitor General Spritzer, Assistant Attorney
General Turner, Lionel Kestenbaum, Robert W. Ginnane*
and *Arthur J. Cerra* for the United States et al.   *William
E. Cureton* for appellees Central Freight Lines, Inc., et al.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.

O'CONNOR *v.* OHIO.

No. 281, Misc.   Decided October 11, 1965.

*James W. Cowell* for appellant.

*Harry Friberg* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for writ of certiorari, certiorari is denied.